■ Roy T. Pemberton et al., Appellants, v Kaleida Health, Respondent. [971 NYS2d 717]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered August 8, 2012. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.